

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00312-CV

Maria **VALDEZ**,
Appellant

v.

**STATE FARM LLOYDS** and Kevin O'Haver,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVF003538-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  August 8, 2018

DISMISSED

The parties have filed an agreed motion to dismiss the appeal, stating that they have resolved the matters in controversy and Appellant Maria Valdez no longer wishes to pursue her appeal. *See* TEX. R. APP. P. 42.1(a). The motion is granted, and this appeal is dismissed.

PER CURIAM